UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM A.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　Defendant. | Case No.: 24-cv-0253-AGS-BGS<br><br>**ORDER TRANSFERRING CIVIL ACTION FOR LACK OF PROPER VENUE** |

　　　Plaintiff, proceeding without an attorney, seems to have filed his complaint against the Social Security Administration in the wrong court. (*See* ECF 1.) He lists his county of residence as Los Angeles (*see* ECF 1-1) and his street address in Beverly Hills, Los Angeles County (*see* ECF 1, at 1). Nothing connects his case to this District.

　　　Plaintiff has the burden of "proving that venue is proper in the district in which the suit was initiated." *Airola v. King*, 505 F. Supp. 30, 31 (D. Ariz. 1980). The court itself may raise venue defects when the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986).

　　　A "civil action may be brought in–(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or] (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated[.]" 28 U.S.C. § 1391(b); *Costlow*, 790 F.2d at 1488. If a case "falls within" these categories, then "venue is proper: if it does not, venue is improper, and the case must be dismissed or transferred." *Atlantic Marine Const. Co. v. United States Dist. Ct. for W. Dist. of Texas*, 571 U.S. 49, 56 (2013).

　　　"The Southern District of California comprises the counties of Imperial and San Diego." 28 U.S.C. § 84(d). Yet no event or omission giving rise to this suit allegedly

occurred in these counties, and no defendant is alleged to reside here. So, the proper venue is the Central District of California, Western Division. *See* 28 U.S.C. § 1391(b); *Costlow*, 790 F.2d at 1488.

      Thus, the Clerk must **TRANSFER** this civil action for lack of proper venue, in the interests of justice, and for the convenience of the parties, to the United States District Court for the Central District of California, Western Division.

Dated:  March 5, 2024

                                Hon. Andrew G. Schopler
                                United States District Judge